**THE FLEISHMAN LAW FIRM**
Charles J. Fleishman Bar# 46405
Paul A. Fleishman Bar# 251657
21243 Ventura Blvd. #141
Woodland Hills, CA 91364
Telephone: (818) 805-3161
FAX: (818) 805-3163
erisa@erisarights.com
Attorneys for **Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS BELL, | NO. |
| Plaintiff, | COMPLAINT FOR BENEFITS UNDER AN EMPLOYEE BENEFIT PLAN |
| vs. | |
| UNITEDHEALTHCARE, a corporation; APPLE GROUP HEALTH INSURANCE PLAN, an ERISA plan; DOES 1 through 10, inclusive, | |
| Defendants. | |

COMES NOW THE PLAINTIFF, Chris Bell, and for cause of action against all defendants, alleges as follows:

1. JURISDICTION. This court has subject matter jurisdiction of this dispute without regard to the citizenship of the parties pursuant to 29 USC 1132(a)(1)(A), (a)(1)(B) and (e)(1).

2. Plaintiff is and was at all times herein mentioned, a resident of the County of San Mateo, State of California.

1

Complaint

3. Defendant UnitedHealthCare (hereinafter "UHC") is a corporation pursuant to the laws of one or more of the states of The United States and was, at all times relevant hereto, the administrator of the ERISA governed Apple Group Health Insurance Plan (hereinafter "Plan") obliged to provide the benefits that the Plaintiff herein seeks.

4. At all times herein mentioned, Plaintiff was entitled to health care benefits under the Plan.

5. Plaintiff is unaware of the true names and capacities of defendants named herein as DOES 1 through 10 and has therefore named such defendants by such fictitious names. Plaintiff will ask leave of court to amend the complaint to state the true names and capacities of the DOE defendants when the same are ascertained.

6. Plaintiff is informed and believes, and based upon such information and belief alleges, that each of the defendants was acting as the agent and employee of each of the remaining defendants with regard to all actions described herein and all benefits due plaintiff and all damage caused to plaintiff.

7. Plaintiff was employed by Apple Inc. when he began to suffer from a number of psychiatric and psychological problems including severe anxiety disorder, severe and frequent panic attacks, Post-traumatic stress disorder-like symptoms and severe depression with neurovegetative symptoms. He was unable to function or get on appropriate psychopharmaceutical medications on an outpatient basis after several failed attempts and had to be hospitalized

8. At the recommendation of several of his treating doctors, Plaintiff treated at the Menninger Clinic (hereinafter "Menninger") from February 3 to April 6, 2016 in an inpatient capacity. Plaintiff's treating doctors opined this treatment was necessary due to Plaintiff's daily severe panic attacks, and unintentional weight loss of over 20 pounds.

9. UHC denied Plaintiff's claim for benefits on the basis that Plaintiff's treatment at Menninger was not medically necessary. Plaintiff appealed the denial of

his claim and on July 27, 2016 UHC denied Plaintiff's final appeal.

10. Plaintiff has been required to hire attorneys to represent him in this matter and to recover benefits due him under the Plan. Plaintiff has and will incur attorney fees. The exact amount is unknown to plaintiff and he seeks leave to amend this complaint when the same has been ascertained or at the time of trial according to proof.

11. On August 10, August 29, September 6, September 26, October 7, October 13, and October 24, 2016 Plaintiff wrote to UHC seeking the claim file pertaining to Plaintiff's stay at Menninger. UHC never provided Plaintiff with his entire claim file.

12. UHC has denied Plaintiff's claim in bad faith and has failed to provide Plaintiff with a full and fair review.

WHEREFORE, plaintiff prays judgment against the defendants and each of them as follows:

1. For all benefits due him in the past and future under the Plan plus interest;
2. For reasonable attorney fees;
3. For costs of suit; and
4. For such other and further relief as this court may deem just and proper.

DATED:   November 2, 2016

/s/Paul Fleishman
PAUL FLEISHMAN

Complaint